JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**JENNIFER MORSE,**
Plaintiff

**v.**

**MIDLAND CREDIT MANAGEMENT INC.**
Defendant

**Case No.: 5:26−cv−02928−KK−ACCV**

**ORDER FOR ENTRY OF JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 68**

Defendant Midland Credit Management, Inc. ("Defendant") served Plaintiff Jennifer Morse ("Plaintiff") with an Offer to Allow Entry of Judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure. On July 22, 2026, Plaintiff timely accepted the Offer and filed a Notice of Acceptance with the Court.

Having considered the Offer and Plaintiff's timely acceptance thereof, and good cause appearing, **IT IS HEREBY ORDERED** that:

1. Judgment is entered in favor of Plaintiff Jennifer Morse and against Defendant Midland Credit Management, Inc. in the total sum of $15,000.00.

2. Plaintiff is awarded reasonable attorneys' fees incurred and costs accrued for the claims

against Defendant in this action, as permitted by law, in an amount to be determined by the Court on noticed motion or by agreement of the parties.

3. The Clerk of the Court is directed to enter judgment accordingly and to close this action.

**SO ORDERED.**

Dated:July 31, 2026



Hon. Kenly Kiya Kato